United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan R. Coffin  
     Debtor

Case No. 16-16249-ref  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Cathleen | Page 1 of 1 | Date Rcvd: Mar 13, 2017 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
13868111     WELLS FARGO BANK, N.A.,   DEFAULT DOCUMENT PROCESSING,   MAC# N9286-01Y,   1000 BLUE GENTIAN ROAD,   EAGAN, MN, 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
     FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
     JOSEPH ANGEO DESSOYE   on behalf of Creditor   Lafayette Ambassador Bank paeb@fedphe.com
     MATTEO SAMUEL WEINER   on behalf of Creditor   Selene Finance, servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
     ROBERT GLAZER   on behalf of Debtor Susan R. Coffin usbcglazer@gmail.com
     THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16249-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Susan R. Coffin
3644 Magnolia Drive
Easton PA 18045

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC# N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN, 55121-7700 | Wilmington Savings Fund Society FSB dba Christiana Trust not indiv but trus for Pretium Mortgage Acquisition Trust c/o Selene Finance LP, 9990 Richmond Ave, Ste 400 S, Houston, TX 77042 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/15/17

Tim McGrath
**CLERK OF THE COURT**