**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  SUSAN R. COFFIN                : Chapter: 13

                Debtor       : 16-16249

WILMINGTON SAVINGS FUND SOCIETY,
FSB D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION
TRUST
            Movant

                v.

SUSAN R. COFFIN A/K/A SUSAN RYAN
COFFIN A/K/A SUSAN COFFIN
            Respondent

### PRAECIPE TO WITHDRAW ANSWER TO MOTION FOR RELIEF FROM STAY

Kindly withdraw the Answer to Motion for Relief from Stay filed on October 6, 2017.

Date:  October 31, 2017

                                                  /s/ Robert Glazer
                                                  Robert Glazer, Esquire
                                                  Attorney for Debtor
                                                  26 N. Third Street
                                                  Easton,  PA  18042
                                                  (610) 258-5609
                                                  Fax:  610-258-4353