IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SUSAN RYAN COFFIN                                   :    CHAPTER 13
A/K/A SUSAN COFFIN A/K/A SUSAN R. COFFIN            :
        Debtor                                 :    BK. No. 16-16249 REF

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: November 7, 2017**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

ROBERT GLAZER, ESQUIRE
MCLAUGHLIN & GLAZER, 800 WALNUT STREET
EASTON, PA 18042

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

SUSAN R. COFFIN
3644 MAGNOLIA DRIVE
EASTON, PA 18045-3021