United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan R. Coffin  
    Debtor

Case No. 16-16249-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 07, 2017  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
```
db         +Susan R. Coffin,    3644 Magnolia Drive,    Easton, PA 18045-3021
cr         +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
             Houston, TX 77042-4546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Selene Finance, servicer for Wilmington Savings
           Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage
           Acquisition Trust bkgroup@kmllawgroup.com
          ROBERT GLAZER    on behalf of Debtor Susan R. Coffin usbcglazer@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al.
           pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SUSAN RYAN COFFIN : CHAPTER 13
A/K/A SUSAN COFFIN A/K/A SUSAN R. COFFIN :
         Debtor : BK. No. 16-16249 REF

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: November 7, 2017**

RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

SUSAN R. COFFIN
3644 MAGNOLIA DRIVE
EASTON, PA 18045-3021

ROBERT GLAZER, ESQUIRE
MCLAUGHLIN & GLAZER, 800 WALNUT STREET
EASTON, PA 18042

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107