UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
|     Susan R. Coffin, | : |
| | : No. 16-1249-ref |
|         Debtor | : |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

    Lafayette Ambassador Bank, has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362 and Bankruptcy Rules 9014 and 4001 in order to exercise its state law rights and remedies as concerns its mortgage lien against Debtor, Susan R. Coffin's premises located at 3644 Magnolia Drive, Easton, Pennsylvania.

    **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 14, 2017, you or your attorney must do <u>all</u> of the following:

        (a)    File an answer explaining your position at

            400 Washington Street
            Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail; it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Shawn M. Long, Esquire
            Barley Snyder
            126 East King Street
            Lancaster, PA 17602
            Telephone:  (717) 299-5201
            Facsimile:  (717) 291-4660

5877472.1

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, December 21, 2017, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 29, 2017

5877472.1