UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Susan R. Coffin, | : | |
| | : | No. 16-16249 |
| Debtor | : | |

### CERTIFICATE OF NO RESPONSE WITH RESPECT TO MOTION OF LAFAYETTE AMBASSADOR BANK FOR RELIEF FROM THE AUTOMATIC STAY OF SECTION 362 OF THE BANKRUPTCY CODE

I, Shawn M. Long, Esquire, hereby certify that the period during which parties in interest had to answer or object to the Motion of Lafayette Ambassador Bank for Relief from the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, after service thereon, exclusive of the date of service, has expired and no answer or objection has been filed and/or served upon Movant, Lafayette Ambassador Bank

The hearing scheduled for December 21, 2017 at 9:30 a.m. will not be necessary due to the filing of this Certificate.

BARLEY SNYDER

Dated:  December 15, 2017        By:    */s/ Shawn M. Long*
                                                            Shawn M. Long, Esquire
                                                            Attorneys for Movant,
                                                            Lafayette Ambassador Bank
                                                            126 East King Street
                                                            Lancaster, PA  17602-2832
                                                            (717) 299-5201

5925685