UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
    Susan R. Coffin,            :
        Debtor              : No. 16-16249

PRAECIPE TO WITHDRAW PROOF OF CLAIM No. 6

Kindly withdraw Fulton Bank, N.A.'s proof of claim No. 6.

BARLEY SNYDER LLC

By:   */s/ Shawn M. Long*
    Shawn M. Long, Esquire
    Attorneys for Fulton Bank, N.A.
    126 East King Street
    Lancaster, PA 17602
    Telephone: 717-299-5201

Date: December 18, 2017

5927677