UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Susan R. Coffin, :
        Debtor : No. 16-16249

## PRAECIPE TO WITHDRAW PROOF OF CLAIM No. 7

Kindly withdraw Fulton Bank, N.A.'s proof of claim No. 7.

        BARLEY SNYDER LLC

By:  */s/ Shawn M. Long*
      Shawn M. Long, Esquire
      Attorneys for Fulton Bank, N.A.
      126 East King Street
      Lancaster, PA 17602
      Telephone: 717-299-5201

Date: December 18, 2017

5928334