UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     Susan R. Coffin, | : | |
| | : | No. 16-16249-ref |
|         Debtor | : | |

### ORDER

Upon consideration of the Motion of Lafayette Ambassador Bank for Relief from Automatic Stay, after notice and a hearing, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Lafayette Ambassador Bank to exercise its state law rights and remedies against the property located at 3644 Magnolia Drive, Easton, Northampton County, Pennsylvania, under applicable state law, it is

FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Lafayette Ambassador Bank shall be entitled to immediately exercise its rights and remedies against the foregoing Property.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Court

**Date: December 27, 2017**

Reading, Pennsylvania
cc:  See Attached List

5877430