United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16249-ref
Susan R. Coffin                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Dec 27, 2017
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db           +Susan R. Coffin,    3644 Magnolia Drive,    Easton, PA 18045-3021
cr           +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
            Houston, TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcy@fult.com Dec 28 2017 00:55:02      FULTON BANK, N.A.,    One Penn Square,
            P.O. Box 4887,    Lancaster, PA 17604-4887
                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Selene Finance, servicer for Wilmington Savings
         Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage
         Acquisition Trust bkgroup@kmllawgroup.com
        ROBERT  GLAZER    on behalf of Debtor Susan R. Coffin usbcglazer@gmail.com
        SHAWN M. LONG    on behalf of Creditor    Lafayette Ambassador Bank slong@barley.com,
         jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com;kcunneen@barley.com;tshober@barley.com
        SHAWN M. LONG    on behalf of Creditor    FULTON BANK, N.A. slong@barley.com,
         jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com;kcunneen@barley.com;tshober@barley.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al.
         pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                     TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                        :        Chapter 13
    Susan R. Coffin,                :
                                              :        No. 16-16249-ref
        Debtor              :

## ORDER

    Upon consideration of the Motion of Lafayette Ambassador Bank for Relief from Automatic Stay, after notice and a hearing, it is

    ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Lafayette Ambassador Bank to exercise its state law rights and remedies against the property located at 3644 Magnolia Drive, Easton, Northampton County, Pennsylvania, under applicable state law, it is

    FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Lafayette Ambassador Bank shall be entitled to immediately exercise its rights and remedies against the foregoing Property.

    BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Court

**Date: December 27, 2017**

Reading, Pennsylvania
cc: See Attached List

5877430