UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SUSAN R. COFFIN
                                                : Bankruptcy No. 16-16249REF
        Debtor(s)                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: January 11, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
800 WALNUT ST
EASTON PA 18042

SUSAN R. COFFIN
3644 MAGNOLIA DRIVE
EASTON,PA.18045