```
                         United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                       Case No. 16-16249-ref
Susan R. Coffin                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-4          User: SaraR             Page 1 of 2          Date Rcvd: Jan 11, 2018
                              Form ID: pdf900         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +Susan R. Coffin,    3644 Magnolia Drive,    Easton, PA 18045-3021
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
                 Houston, TX 77042-4546
13812182       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
13806250        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13812175        Bethlehem Township Public Works,    4450 Falmer Drive,    Bethlehem, PA  18020
13812183      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    15000 Capital One Drive,    Richmond, VA  23238)
13812184       +Citi Business,    PO BOX  6500,    Sioux Falls, SD 57117-6500
13862123       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14028782       +Fulton Bank,    c/o Shawn M. Long,    126 E. King Street,    Lancaster, PA 17602-2832
13812185       +Macy's,    Seven West Seventh Street,    Cincinnati, OH 45202-2424
13812186      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    PO Box 12903,
                 Norfolk,  VA  23541)
13787084       +Phelan Hallinan Diamond & Jones, LLP,    c/o Peter Wapner, Esquire,    1617 JFK Blvd, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
13868111        WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN, MN, 55121-7700
13787085       +Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13881336       +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
                 for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
                 Ave, Ste 400 S, Houston, TX 77042-4559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jan 12 2018 03:03:29     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@fult.com Jan 12 2018 03:03:57      FULTON BANK, N.A.,    One Penn Square,
                 P.O. Box 4887,    Lancaster, PA 17604-4887
13873330       +E-mail/Text: bankruptcy@fult.com Jan 12 2018 03:03:57      Lafayette Ambassador Bank,
                 Special Assets 5th Floor,    One Penn Square,    Lancaster, PA 17602-2853
13812176       +E-mail/Text: bankruptcy@fult.com Jan 12 2018 03:03:57      Lafayette Ambassador Bank,
                 PO BOX 25091,    Lehigh Valley, PA 18002-5091
13848802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2018 03:11:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR                  Page 2 of 2                   Date Rcvd: Jan 11, 2018
                              Form ID: pdf900              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Selene Finance, servicer for Wilmington Savings
               Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage
               Acquisition Trust bkgroup@kmllawgroup.com
              ROBERT  GLAZER    on behalf of Debtor Susan R. Coffin usbcglazer@gmail.com
              SHAWN M. LONG    on behalf of Creditor    Lafayette Ambassador Bank slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com;kcunneen@barley.com;tshober@barley.com
              SHAWN M. LONG    on behalf of Creditor    FULTON BANK, N.A. slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com;kcunneen@barley.com;tshober@barley.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SUSAN R. COFFIN
                                                : Bankruptcy No. 16-16249REF
        Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 11, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
800 WALNUT ST
EASTON PA 18042

SUSAN R. COFFIN
3644 MAGNOLIA DRIVE
EASTON,PA.18045