### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SUSAN R. COFFIN                : Chapter: 13

        Debtor              : 16-16249

        Hearing to be held:
        Date:    November 29, 2018
        Time:    9:30 a.m.
        Location:  U.S. Bankruptcy Court
        Courtroom #1, 3rd Floor
        The Madison, Suite 300
        400 Washington Street
        Reading PA 19601

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    Robert Glazer, Esquire, counsel for Movant, Susan R. Coffin filed a Motion for Order Directing Clerk to Release Unclaimed Funds to Debtor.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

    1. If you do not want the Court to grant the relief sought in the motion or, if you want the Court to consider your views on the Motion, then on or before fourteen days after the date of this Notice, you or your attorney must do ALL of the following:

    (a) file an objection explaining your position at:

        U. S. Bankruptcy Court Clerk's Office
        The Madison, Suite 300
        400 Washington Street
        Reading, PA 19601

    If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

(b) mail a copy to the Movants' attorney:

> Robert Glazer, Esquire
> McLAUGHLIN & GLAZER
> 26 N. Third Street
> Easton, PA 18042
> Phone No.: (610) 258-5609
> Fax No.: (610) 258-4353

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on **November 29, 2018 at 9:30 a.m.** in Courtroom #1, United States Bankruptcy Court, The Madison, Third Floor, 400 Washington Street, Reading, Pennsylvania, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: October 26, 2018