## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SUSAN R. COFFIN            : Chapter: 13

                Debtor            : 16-16249

### CERTIFICATION OF NO RESPONSE

I, Robert Glazer, Esquire, counsel for Debtor's, certify that I served a true and correct copy of the Debtor's **Notice and Motion for Return of Unclaimed Funds Dated October 26, 2018** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003,  No: M 03-3005.

As of November 19, 2018 there have been no Answer, Objection or other responsive pleadings filed.

                                              /s/ Robert Glazer, Esquire
                                              Robert Glazer, Esq.
                                              Attorney for Debtor
                                              Attorney ID No:  30234
                                              MCLAUGHLIN & GLAZER
                                              800 Walnut Street
                                              Easton, PA  18042
                                              610-258-5609