**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  SUSAN R. COFFIN            : Chapter: 13

         **Debtor**            : 16-16249

**ORDER OF COURT**

AND NOW, upon consideration of the above Debtor's Motion For Order Directing Clerk To Release Unclaimed Funds To Debtor, and any response thereto,

IT IS HEREBY ORDERED that Debtor's Motion is granted and the Clerk is directed to pay the amount of $1,094.00 to Debtor, c/o McLaughlin and Glazer, 26 N. Third St., Easton, PA 18042.

BY THE COURT,

**Date: November 20, 2018**

_____
U.S. Bankruptcy Judge