United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16249-ref
Susan R. Coffin                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                 Page 1 of 1              Date Rcvd: Nov 21, 2018
                              Form ID: pdf900            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db              #+Susan R. Coffin,    3644 Magnolia Drive,    Easton, PA 18045-3021
cr               +Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Avenue,    Suite 400 South,
                   Houston, TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bankruptcy@fult.com Nov 22 2018 02:42:07      FULTON BANK, N.A.,   One Penn Square,
                 P.O. Box 4887,    Lancaster, PA 17604-4887
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Lafayette Ambassador Bank paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Selene Finance, servicer for Wilmington Savings
               Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage
               Acquisition Trust bkgroup@kmllawgroup.com
              ROBERT   GLAZER    on behalf of Debtor Susan R. Coffin usbcglazer@gmail.com
              SHAWN M. LONG    on behalf of Creditor    Lafayette Ambassador Bank slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
              SHAWN M. LONG    on behalf of Creditor    FULTON BANK, N.A. slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;sromig@barley.com;tshober@barley.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, Et. Al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  SUSAN R. COFFIN          : Chapter: 13

         **Debtor**          : 16-16249

**ORDER OF COURT**

AND NOW, upon consideration of the above Debtor's Motion For Order Directing Clerk To Release Unclaimed Funds To Debtor, and any response thereto,

IT IS HEREBY ORDERED that Debtor's Motion is granted and the Clerk is directed to pay the amount of $1,094.00 to Debtor, c/o McLaughlin and Glazer, 26 N. Third St., Easton, PA 18042.

BY THE COURT,

**Date: November 20, 2018**

_____
U.S. Bankruptcy Judge